# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**In re:**  Chapter 13

Michellane Marie Markham  Case No. 15-46235

    Debtor(s).    /  Judge: Shefflery

## STIPULATION RESOLVING TRUSTEE'S MOTION TO DISMISS

NOW COMES David Wm. Ruskin, Standing Chapter 13 Trustee, and Debtor, by and through her Attorney, Ryan Moran, hereby stipulate to the entry of the following Order.

| | |
|---|---|
| /s/ Thomas D. DeCarlo | /s/Ryan B. Moran |
| David Wm. Ruskin (P26803) | Ryan B. Moran (P70753) |
| Thomas D. DeCarlo (P65330), Staff Attorney | Attorney for Debtor |
| Chapter 13 Trustee | Moran Law |
| 26555 Evergreen Suite 1100 | 25600 Woodward Ave., Suite 201 |
| Southfield, MI 48076 | Royal Oak, MI 48067 |
| (248) 352-7755 | (248) 246-6536 |
| | rmoran@moranlaw.com |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**In re:**                                               Chapter 13

Michellane Marie Markham             Case No. 15-46235

      Debtor(s).                     /       Judge: Shefferly

## ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

The Trustee, having filed a Motion to Dismiss, which was duly served on all interested parties, and the time period for responses having passed, and the Response being resolved, and the Court being fully advised of the premises,

**IT IS HEREBY ORDERED** Debtors shall remit her 2016, 2017, 2018 and 2019 tax returns to the Trustee on or before October 15, 2020 or the case shall be dismissed on Trustee affidavit without further notice or hearing.

**IT IS HEREBY FURTHER ORDERED** the debtor shall remit sum sufficient to complete all plan requirements on or before December 1, 2020 or the case shall be dismissed on Trustee affidavit without further notice or hearing.

**IT IS HEREBY FURTHER ORDERED** that the Trustee shall be and is authorized to use the funds on hand through December 15, 2020 toward the satisfaction of the Debtor's obligations under the plan to the extent available.